IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRENT EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:21-cv-00439 |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| VANDERBILT UNIVERSITY SCHOOL OF MEDICINE and VANDERBILT UNIVERSITY, | ) ) ) | |
| Defendants. | | |

## ORDER

Pending before the Court is Defendants' Motion to Dismiss (Doc. No. 31, "Motion"), supported by a Memorandum of Law (Doc. No. 32, "Memorandum of Law"). Plaintiff filed a response in opposition to the Motion, (Doc. No. 37, "Response"), and Defendants replied (Doc. No. 38, "Reply"). For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS the Motion, and Plaintiff's claims are hereby DISMISSED. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58, and the Clerk shall close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE